IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No.   3:21CR051
)
)
PATRICK PUTTICK

ORDER TERMINATING SUPERVISED RELEASE

On December 20, 2019, the above named commenced a three-year term of supervised release following his term of imprisonment.  Based on the recommendation of the U.S. Probation Department and for good cause shown, it is hereby ordered Patrick Puttick is discharged from supervised release and the proceedings in this case be terminated.

   IT IS SO ORDERED.

Dated this   4th   day of   February  , 2022

  *s/Michael J. Newman*
  Michael J. Newman
  United States District Judge